UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1202
_____

In re: U LOCK INC.,
Debtor

SHANNI SNYDER,
as assignee of Robert Slone, Chapter 7 Trustee for U Lock Inc.,
Appellant
v.

CHRISTINE BIROS and the BIROS IRREVOCABLE LIFE INSURANCE TRUST
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-23-cv-01410)
U.S. District Judge: Honorable Arthur J. Schwab
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 6, 2024
_____

Before: SHWARTZ, MATEY, and McKEE, Circuit Judges.

_____

**JUDGMENT**
_____

This cause came to be considered on the record before the United States District

Court for the Western District of Pennsylvania and was submitted under Third Circuit

L.A.R. 34.1(a) on December 6, 2024.

　　　　On consideration whereof, it is now hereby **ORDERED** AND **ADJUDGED** by this Court that the order of the District Court entered on January 5, 2024, is hereby **AFFIRMED**.  Costs will be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

　　　　　　　　　　　　　　　　　　ATTEST:

　　　　　　　　　　　　　　　　　　s/ Patricia S. Dodszuweit
　　　　　　　　　　　　　　　　　　Clerk

Dated: January 9, 2025